1 ERIC GRANT
United States Attorney
2 CHAN HEE CHU
Assistant United States Attorneys
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000

5

6 Attorneys for Plaintiff
UNITED STATES OF AMERICA

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| G.A.A, | Case No. 1:25-CV-01102-JLT-EPG (HC) |
|---|---|
| Petitioner, | STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER |
| v. | COURT: Hon. Jennifer L. Thurston |
| ANDREWS, et al., | |
| Respondents. | |

Petitioner G.A.A. ("Petitioner") and the Respondents stipulate and request that the currently scheduled briefing schedule regarding Petitioner's motion for temporary restraining order be modified in the following ways: (1) Respondents' opposition/show cause brief deadline extended from September 3, 2025 at noon to end of day September 10, 2025; (2) Petitioner's reply brief deadline extended from September 4, 2025 at 4 p.m., to end of day on September 17, 2025. The zoom hearing may be rescheduled at the Court's earliest convenience following the end of briefing.

As part of the modification, the parties also stipulate to the following conditions to be in effect pending resolution of the motion for temporary restraining order: (1) Respondents will not remove Petitioner to a third country; (2) Respondents will notify Petitioner's counsel prior to any movement of Petitioner, including within the district; and (3) Respondents will not remove Petitioner from the district.

1

G.A.A. v. Andrews, et al.
Case No. 1:25-CV-01102-JLT-EPG

# **STIPULATION**

Respondents, by and through undersigned counsel, and Petitioner, by and through undersigned counsel, hereby stipulate as follows:

1. Respondents' opposition/show cause brief deadline is extended from September 3, 2025 at noon to end of day September 10, 2025;

2. Petitioner's reply brief deadline is extended from September 4, 2025 at 4 p.m., to end of day on September 17, 2025;

3. The zoom motion hearing, currently scheduled for September 8, 2025, at 1:30 p.m., may be rescheduled at the Court's earliest convenience following the end of briefing; and

4. Pending resolution of the motion for temporary restraining order: (a) Respondents will not remove Petitioner to a third country; (b) Respondents will notify Petitioner's counsel prior to any movement of Petitioner, including within the district; and (c) Respondents will not remove Petitioner from the district.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 2, 2025

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Respondents

Date: September 2, 2025

*/s/ Sean Lai McMahon*
SEAN LAI MCMAHON
PIRZADA AHMAD
Attorneys for Petitioner
G.A.A.

2

G.A.A. v. Andrews, et al.
Case No. 1:25-CV-01102-JLT-EPG

**O R D E R**

**IT IS SO ORDERED.** Respondents' opposition/show cause brief deadline is extended from September 3, 2025 at noon to end of day September 10, 2025. Petitioner's reply brief deadline is extended from September 4, 2025 at 4 p.m., to end of day on September 17, 2025. The zoom hearing will be rescheduled at the Court's earliest convenience following the end of briefing. Pending resolution of the motion for temporary restraining order: (1) Respondents will not remove Petitioner to a third country; (2) Respondents will notify Petitioner's counsel prior to any movement of Petitioner, including within the district; and (3) Respondents will not remove Petitioner from the district.

IT IS SO ORDERED.

Dated: __September 2, 2025__

_[signature: Jennifer L. Thurston]_
UNITED STATES DISTRICT JUDGE

3

G.A.A. v. Andrews, et al.
Case No. 1:25-CV-01102-JLT-EPG