**Sean Lai McMahon (SBN: 329684)**
California Collaborative for Immigrant Justice
1999 Harrison St, Ste 1800
Oakland, CA 94612
(415) 875-0550
sean@ccijustice.org

**Pirzada Ahmad (*pro hac vice* application forthcoming)**
Dontzin, Kolbe & Fleissig LLP
31 E 62nd St, Fl. 7
New York, NY 10065
(212) 717-2900
pahmad@dkfllp.com

Counsel for Petitioner

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.A.A., | No. 1:25-CV-01102-JLT-EPG (HC) |
| *Petitioner*, | Court: Hon. Jennifer L. Thurston |
| v. | Hon. Erica P. Grosjean |
| TONYA ANDREWS, in her official capacity as Facility Administrator of Golden State Annex Detention Facility, | **STIPULATION AND JOINT REQUEST FOR CASE MANAGEMENT ORDER** |
| MOISES BECERRA, in his official capacity as Acting Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations, San Francisco, | |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; and | |
| PAM BONDI, in her official capacity as Attorney General of the United States, | |
| *Respondents*. | |

Petitioner G.A.A. ("Petitioner") and the Respondents stipulate and request that a case management order be issued in accord with the following:

(1) Petitioner hereby withdraws his Motion for Temporary Restraining Order, ECF No. 2, subject to the additional following conditions;

(2) Petitioner shall move for leave to amend his habeas petition to allege additional claims no later than end of day September 17, 2025;

(3) Petitioner shall file a motion for preliminary injunction no later than end of day September 17, 2025;

(4) Respondents shall file an opposition to Petitioner's forthcoming motion for preliminary injunction no later than end of day October 1, 2025;

(5) Petitioner shall file any reply in support of his forthcoming motion for preliminary injunction no later than end of day October 8, 2025;

(6) Until Petitioner's forthcoming motion for preliminary injunction is resolved, Respondents shall (A) not remove Petitioner to a third country; (B) notify Petitioner's counsel prior to any movement of Petitioner, including within the district; and (C) not remove Petitioner from the district.

Respectfully submitted,

Dated: September 10, 2025

*/s/ Sean Lai McMahon*
SEAN LAI MCMAHON
PIRZADA AHMAD

**Counsel for Petitioner G.A.A.**

ERIC GRANT
United States Attorney

Date:  September 10, 2025

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney

**Counsel for Respondents**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.A.A., | No. 1:25-CV-01102-JLT-EPG (HC) |
| *Petitioner*, | Court: Hon. Jennifer L. Thurston |
| v. | Hon. Erica P. Grosjean |
| TONYA ANDREWS, in her official capacity as Facility Administrator of Golden State Annex Detention Facility, | [~~PROPOSED~~] CASE MANAGEMENT ORDER |
| MOISES BECERRA, in his official capacity as Acting Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations, San Francisco, | |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; and | |
| PAM BONDI, in her official capacity as Attorney General of the United States, | |
| *Respondents*. | |

Upon review of Petitioner G.A.A.'s and Respondents' Stipulation and Joint Request for Case Management Order, **THE COURT HEREBY ORDERS THAT**:

1. Petitioner's Motion for Temporary Restraining Order, ECF No. 2, is withdrawn;

2. Petitioner shall move for leave to amend his habeas petition no later than end of day September 17, 2025;

3. Petitioner shall file a motion for preliminary injunction no later than end of day September 17, 2025;

4. Respondents shall file an opposition to Petitioner's forthcoming motion for preliminary injunction no later than end of day October 1, 2025;

5. Petitioner shall file any reply in support of his forthcoming motion for preliminary injunction no later than end of day October 8, 2025;

6. The Court will inform the parties if it believes a hearing is necessary or would be helpful;

7. Pending resolution of Petitioner's forthcoming motion for preliminary injunction, Respondents shall: (A) not remove Petitioner to a third country; (B) notify Petitioner's counsel prior to any movement of Petitioner, including within the district; and (C) not remove Petitioner from the district.

IT IS SO ORDERED.

Dated:   **September 11, 2025**

UNITED STATES DISTRICT JUDGE