

**FILED**

SEP 11 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK



# United States District Court
## Eastern District of California

| G.A.A. |
|---|
| Plaintiff(s) |

Case Number: 1:25-CV-01102-JLT-EPG

V.

| Tonya Andrews, Moises Becerra, Kristi Noem, |
|---|
| Defendant(s) |

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Pirzada Ahmad** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

G.A.A.

On **09/28/2021** (date), I was admitted to practice and presently in good standing in the **State of Florida** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

M.T.M. v. Andrews, et al., No. 1:25-cv-01094-JLT-SKO (Aug. 28, 2025) - Dismissed upon transfer;
Y.T.D. v. Andrews, et al., No. 1:25-cv-01100-JLT-SKO (Aug. 29, 2025) - PHV application granted

Date: **09/10/2025**   Signature of Applicant: /s/ **Pirzada Ahmad**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Pirzada Ahmad |
| Law Firm Name: | Dontzin Kolbe & Fleissig LLP |
| Address: | 31 E 62nd St |
| | Fl 7 |
| City: | New York    State: NY    Zip: 10065 |
| Phone Number w/Area Code: | (212) 717-2900 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | pahmad@dkfllp.com |
| Secondary E-mail Address: | paralegals@dkfllp.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sean Lai McMahon |
| Law Firm Name: | California Collaborative for Immigrant Justice |
| Address: | 1999 Harrison St |
| | Ste 1800 |
| City: | Oakland    State: CA    Zip: 94612 |
| Phone Number w/Area Code: | (415) 875-0550    Bar #: 329684 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/11/25

_____
JUDGE, U.S. DISTRICT COURT



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 1032122
Pirzada Usama Ahmad
Mr. Pirzada Usama Ahmad
31 E 62nd St Fl 7
New York, NY 10065-8014

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 28, 2021**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  10th  day of **September, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-367968