# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.A.A.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TONYA ANDREWS, et al.<br><br>　　　　Respondents. | Case No. 1:25-cv-01102-JLT-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PETITIONER'S MOTION TO AMEND |

　　　　Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On September 17, 2025, Petitioner filed a motion to amend the petition for writ of habeas corpus. (ECF No. 14.) The motion has been referred to the undersigned for appropriate action. (ECF No. 18.)

　　　　Accordingly, the Court HEREBY ORDERS:

1. Respondent SHALL FILE an opposition or statement of non-opposition to the motion to amend on or before October 13, 2025; and

2. Any reply to an opposition to the motion to amend SHALL be filed within FOURTEEN (14) days after the opposition has been filed in CM/ECF.

　　　　These dates should be considered as firm by all parties. If any party requires additional time, it should file a motion for amendment of the schedule before a deadline has passed and

1

explain in detail why the party cannot comply with this schedule. Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated:   **September 19, 2025**            /s/ *Erica P. Grosjean*
                                            UNITED STATES MAGISTRATE JUDGE