## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.A.A.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>　　　　Respondents. | Case No. 1:25-cv-01102-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

On November 21, 2025, the Court granted Petitioner's first amended petition and ordered Respondents to immediately release Petitioner. (ECF No. 35.) On November 24, 2025, Respondents filed a status report stating that "[a]ccording to counsel for ICE-DHS, Petitioner was released on November 22, 2025, at around 8:47 a.m." (ECF No. 36.)

Accordingly, the Clerk of Court is DIRECTED to enter judgment in accordance with the Court's November 21, 2025 order and to close the case.

IT IS SO ORDERED.

　　Dated: **November 24, 2025**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE